**In the Interest of C.R.B. and R.L.B; Juvenile Officer Respondents,**

v.

**C.B. (Natural Father), Appellant,**

**G.B.Z. (Mother), Defendant.**

**No. WD 63172.**

Missouri Court of Appeals, Western District.

May 18, 2004.



Daniel S. Rork, Salisbury, for Appellant.

---

Robert W. Wheeler, Keytesville, for Respondent Juvenile Officer.

Dale L. Linneman, Keytesville, for Attorney and Guardian.

Before: SPINDEN, P.J., HOLLIGER and HARDWICK, JJ.

## ORDER

PER CURIAM.

C.B. appeals from a judgment terminating parental rights to his children, C.R.B and R.L.B. He contends the trial court erred in allowing the Division of Family Services to discontinue reasonable efforts to reunify the family. Upon review of the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).